IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RORY MILLIGAN,<br><br>             Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY, Commissioner of Social Security Administration,<br><br>             Defendant. | CV 24-03-M-DWM<br><br>JUDGMENT |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**  X    Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED, in accordance with the Court's Order dated May 14, 2024, (Doc. 10), that judgment is entered in favor of the Plaintiff.

Dated this 14th day of May, 2024.

/s/ Tyler P. Gilman
Tyler P. Gilman, Clerk