IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RORY MILLIGAN,<br><br>           Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social<br>Security Administration,<br><br>           Defendant. | CV 24–03–M–DWM<br><br>ORDER |

Based upon the Stipulation of the parties and the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412,

IT IS ORDERED that attorney fees are awarded to Plaintiff in the amount of $5,699.65. If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Andrew T. Koenig, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any payment of costs may be made either by electronic fund transfer (ETF) or by check. If by

1

check, it should be mailed to Plaintiff's counsel at the following address: P. O. Box 2101, Missoula, MT 59806.

DATED this 28th day of May, 2024.

_____
Donald W. Molloy, District Judge
United States District Court