IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RORY MILLIGAN,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO, Commissioner of Social Security Administration,<br><br>Defendant. | CV 24–03–M–DWM<br><br>ORDER |

Counsel for Plaintiff Rory Milligan having moved for an order regarding attorney fees under 42 U.S.C. § 406(b), the government taking no position, and Plaintiff having not objected,

IT IS ORDERED that the motion (Doc. 14) is GRANTED. Plaintiff's counsel is awarded attorney fees in the amount of $18,457.90, which represents approximately 25% of Plaintiff's back-due social security disability benefits awarded under Title II of the Social Security Act.

IT IS FURTHER ORDERED that in light of the $5,699.65 previously awarded to counsel under the Equal Access to Justice Act ("EAJA") and the offset provisions of that Act, upon receipt of the full attorney fee award under 42 U.S.C.

§ 406(b), counsel shall reimburse to Plaintiff the EAJA fees in the amount of $5,699.65 that were previously awarded, (*see* Doc. 13).

DATED this 24th day of September, 2026.

Donald W. Molloy, District Judge
United States District Court